IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIQUISHIA MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-2950-N |
| | § | |
| CHIRO ONE WELLNESS CENTER OF ARLINGTON PLLC, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the Court orders that:

(1) Defendant Chiro One Wellness Center of Arlington PLLC is in default;

(2) The Clerk of Court is directed, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Chiro One Wellness Center of Arlington PLLC;

(3) Defendant's Answer and Defenses to Plaintiff's Complaint [Dkt. No. 12] filed by Defendant Chiro One Wellness Center of Arlington PLLC is stricken; and

(4) Plaintiff shall move, by no later than a date 30 days from the date of entry of this Order, for default judgment against Defendant Chiro One Wellness Center of

Arlington PLLC for failure to appear by and through counsel. Failure by Plaintiff to file such motion within the time allowed will result in the Court dismissing this action for want of prosecution without further notice.

Signed December 8, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE