IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NIQUISHIA MOORE,

    Plaintiff,

V.                                                  C.A. No.: 3:13-cv-02950-N

CHIRO ONE WELLNESS CENTER
OF ARLINGTON PLLC,

    Defendant.

## **JUDGMENT**

BEFORE THE COURT comes Plaintiffs' Motion for Entry of a Default Final Judgment. As of the date of this Order, Defendant, CHIRO ONE WELLNESS CENTER OF ARLINGTON PLLC, has not served any paper on the Plaintiff or filed any paper required by law in response to the Complaint.

Having reviewed the record and the Court being duly advised as to the premises thereof, it is ORDERED, ADJUDGED, AND DECREED that the Motion for Default Final Judgment is GRANTED.

Based upon the undisputed record, the Court finds that Plaintiff, NIQUISHIA MOORE, shall have and recover from the Defendant, CHIRO ONE WELLNESS CENTER OF ARLINGTON PLLC, $969.76 representing unpaid overtime wages and $969.76 in liquidated damages for a total of $1,939.52.

Based upon the undisputed record, the Court finds that Plaintiff, NIQUISHIA MOORE, shall have and recover from the Defendant, CHIRO ONE WELLNESS CENTER OF

ARLINGTON PLLC, $2,810.50 in attorneys' fees and $190.00 in costs for a total of **$4,940.02**, for which let execution issue forthwith.

SIGNED on January 12, 2015.

_____
David C. Godbey
United States District Judge